IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| JASON KESSLER et al., | ) | CASE NO.  3:19-cv-00044 |
| | ) | |
| | ) | Judge |
| Plaintiff, | ) | |
| | ) | **NOTICE OF FILING** |
| v. | ) | **DOCUMENTS** |
| | ) | |
| CITY OF CHARLOTTESVILLE et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now come Plaintiffs and give notice of the filing of certain documents referenced in footnotes to the Plaintiff's Complaint. Plaintiffs further advise that footnotes 12, 27, 28, 29, 31, 32, 33, 34, 35, 37, 47, and 48 are audio/visual in nature and will be filed with the Clerk of Court.

Respectfully Submitted,

s/ Elmer Woodard_____
**Elmer Woodard**
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
VSB 27734
isuecrooks@comcast.net
Trial Attorney for Plaintiffs

s/

_____
JAMES E. KOLENICH (0077084)
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (fax)
JEK318@gmail.com
*PHV Pending*

**CERTIFICATE OF SERVICE**

There are no other parties to serve at time of filing.

s/ Elmer Woodard
Elmer Woodard