BEYOND CHARLOTTESVILLE

enforcement. We also pushed for much better messaging in advance of the demonstration, including a reminder that violence will not be tolerated and that any failure to follow laws would result in immediate arrest.

**Date**: August 1, 2017
**To:** Governor McAuliffe
**Through:** Paul Reagan, Chief of Staff
**From:** Brian Moran, Secretary of Public Safety and Homeland Security
**Re:** Conversation with Mayor Michael Signer regarding protests on August 12

**Background:**
The recommended call is to request that Mayor Signer take aggressive action to fully leverage the City of Charlottesville's permitting authority to ensure the safety and security of protestors and law enforcement. Additionally, the request includes a request for specific messaging from the City of Charlottesville to the groups protesting and general public to outline expectations for civil behavior prior to the event.

The "Unite the Right" rally is scheduled to take place August 12, 2017 from 12PM to 5PM at Lee Park in Charlottesville, Virginia. The rally comes after a particularly divisive spring and summer in Charlottesville, following the city council's vote to remove the Robert E. Lee statue from the downtown park. The event plans to feature multiple "alt-right" and right wing speakers, including Richard SPENCER, Jason KESSLER, Matthew HEIMBACH, Michael HILL, and many others. These groups have espoused beliefs that promote violence. Per social media and other open source information, over 1,000 (some potentially armed) individuals representing the "alt-right" movement may attend the rally. Conversely, groups opposing the "alt-right" groups (i.e.,

BEYOND CHARLOTTESVILLE

Black Lives Matter Charlottesville, BlackLivesMatter757, Antifa Seven Hills (ASH), Lynchburg Virginia Antifa, Southern Virginia Antifa, and Showing Up for Racial Justice—Charlottesville) are organizing counter-protests. There have been civil disturbances and acts of violence across the nation at similar events, including in Virginia (July 7).

**Talking Points:**
1) **Request the City of Charlottesville enhance the requirements/conditions of the permit already provided to the protesting groups, to include:**

• Permit should __not__ allow firearms/weapons of any sort within 10 block vehicular restriction area. **Please note**: This requirement could draw attention from pro-Second Amendment groups, so discussion is needed;

• Designated parking areas;

• Bussing protestors to and from protest area. **Please note:** This could set precedent for any future protests;

• Consider reducing time allowance from 5 hours to 3 hours for safety reasons;

• Prohibit signs, poles, items that could be used as weapons;

• Mandatory meetings prior to protest between Law Enforcement and organizers.

2) **Coordinated messaging prior to the event, to include:**

• Consistent message from Charlottesville Government leadership:

• In support of Law Enforcement.

• Violence will not be tolerated/No criminal activity.