Chicago ARA - Punch Spencer.PNG

Open with

