# SURJ Charlottesville on Twitter

SURJ Charlottesville It's Going Down পুনঃটুইট করেছেন

Know a Nazi, see a Nazi, punch a Nazi. #FuckWhiteSupremacy

SURJ Charlottesville যোগ করেছে,

১০:০৫ AM - ১৬ মে, ২০১৭

- ২টি পছন্দ

- 
