

**Floral Geraldine** shared a post.
August 1, 2017

Hi y'all,

HMU if interested.



**Baltimore Antifascist Community Defense**
August 1, 2017

👍 1