IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| JASON KESSLER et al., | ) | CASE NO. 3:19-cv-00044 |
| | ) | |
| | ) | Judge |
| Plaintiff, | ) | |
| | ) | **NOTICE OF FILING** |
| v. | ) | **DOCUMENTS** |
| | ) | |
| CITY OF CHARLOTTESVILLE et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now come Plaintiffs and give notice of the filing of the third party report commonly known as the Heaphy Report, parts of which are referenced in the footnotes to Plaintiff's Complaint.

Respectfully Submitted,

s/ Elmer Woodard_____
**Elmer Woodard**
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
VSB 27734
isuecrooks@comcast.net
Trial Attorney for Plaintiffs

s/

_____
JAMES E. KOLENICH (0077084)
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (fax)
JEK318@gmail.com
*PHV Pending*

**CERTIFICATE OF SERVICE**

There are no other parties to serve at time of filing.

s/ Elmer Woodard
Elmer Woodard
