IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| JASON KESSLER | : | Case No. **3:19-CV-44** |
| Plaintiff | : | Judge **MOON** |
| | : | |
| -v- | | |
| CITY OF CHARLOTTESVILLE ET AL. | : | |
| | : | |
| Defendants | | |

**MOTION TO ADMIT JAMES E. KOLENICH PRO HAC VICE**

Pursuant to Rule 6(d) of the Local Rules of the U.S. District Court for the Western District of Virginia, the undersigned hereby moves this Court to admit James E. Kolenich pro hac vice as co-counsel for Plaintiff Jason Kessler. In support of this motion, the undersigned states the following:

1

1. The undersigned is a member in good standing of the bar of the U.S. District Court for the Western District of Virginia, admitted to practice before this Court on September 22, 1992.

2. James E. Kolenich is a member in good standing of the bar of the Supreme Court of Ohio (Bar No. 0077084). Mr. Kolenich is also a member in good standing of the bars of the U.S. District Court for the Southern District of Ohio and the U.S. Court of Appeals for the Sixth Circuit.

3. Mr. Kolenich has not been professionally disciplined during his legal career.

4. Mr. Kolenich's contact information is as follows:

   Kolenich Law Office
   9435 Waterstone Blvd. #140
   Cincinnati OH 45249
   Phone: 513.444.2150
   Fax: 513.297.6065
   e-mail: Jek318@gmail.com

5. Mr. Kolenich has read, has knowledge of, and will abide by this Court's Rules.

WHEREFORE, the undersigned moves this Court to grant James E. Kolenich's admission *pro hac vice* to appear before this Court on behalf of Plaintiff in the above-referenced matter

Respectfully Submitted,

s/ Elmer Woodard_____
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net
*Trial Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify this Motion was served via the Court's CM/ECF system on all parties of record and that no party requires, is entitled to, or has requested service by other means.

                                              s/ Elmer Woodard

                                              _____
                                              E. Woodard (VSB 27734)