IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| JASON KESSLER | : | Case No. **3:19-CV-44** |
| Plaintiff | : | Judge **MOON** |
| | : | |
| -v- | | |
| CITY OF CHARLOTTESVILLE ET AL. | : | |
| | : | |
| Defendants | | |

**[PROPOSED] ORDER GRANTING PHV ADMISSION OF JAMES E. KOLENICH**

Upon review and consideration of Plaintiff's motion for *pro hac vice* admission of James E. Kolenich Esq., and it appearing that Mr. Kolenich is licensed to practice law and is a bar member in good standing with the State of Ohio and thus qualified to appear for and on behalf of the Plaintiffs in this Action,

IT IS HEREBY ORDERED that Attorney James E. Kolenich of Kolenich Law Office shall be permitted to appear *pro hac vice* for and on behalf of Plaintiffs in the above styled and numbered Civil Action, and able to appear at hearings or trial in the absence of an associated member of the bar of this Court. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

Entered this _____ day of August 2019.

                                                                    _____
                                                                    The Honorable Norman K. Moon
                                                                     United States District Judge