# UNITED STATES DISTRICT COURT
for the
Western District of Virginia 

| | |
|---|---|
| JASON KESSLER and DAVID MATTHEW PARROTT ) <br> *Plaintiff* ) <br> v. ) <br> CITY OF CHARLOTTESVILLE, et al ) <br> *Defendant* ) | Case No. 3:19-CV-00044 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Charlottesville and Tarron J. Richardson

Date: 08/30/2019

s/Richard H. Milnor
*Attorney's signature*

Richard H. Milnor, Esquire (VSB #14177)
*Printed name and bar number*
Zunka, Milnor & Carter, Ltd.
414 Park Street
P.O. Box 1567
Charlottesville, VA 22902

*Address*

rmilnor@zmc-law.com
*E-mail address*

(434) 977-0191
*Telephone number*

(434) 977-0198
*FAX number*