Begin forwarded message:

From: James Kolenich
<jek318@gmail.com<mailto:jek318@gmail.com>>
Date: August 27, 2019 at 4:25:43 PM EDT
To: "Melissa Y. York" <myork@hccw.com<mailto:myork@hccw.com>>
Subject: Re: FW: Kessler v. City of Charlottesville, et al.

Agreed. We'll get the waiver packets out today on Thomas and Jones.

Thanks

Jim

On Tue, Aug 27, 2019 at 4:18 PM Melissa Y. York
<myork@hccw.com<mailto:myork@hccw.com>> wrote:
Jim,

I have just learned that Rich will also be representing Tarron Richardson, and Erin McNeil with the Attorney General's Office will be representing Becky Crannis-Curl. I believe both Richardson and Crannis-Curl have been served and would like to enter into the extension agreement we discussed with respect to the City. Rich plans to draft and circulate a proposed motion and order if that is amenable to you.

We would just need waiver of service for Thomas and Jones.

Thanks,
Missy

[cid:3388473644_15965321]
MELISSA Y. YORK
myork@hccw.com<mailto:myork@hccw.com> |  DIRECT  804.622.1131

3

From: Melissa Y. York
Sent: Monday, August 26, 2019 10:01 PM
To: 'James Kolenich' <jek318@gmail.com<mailto:jek318@gmail.com>>
Subject: RE: FW: Kessler v. City of Charlottesville, et al.

Yes, please.

I'll let Rich know about the extension regarding the City and have him prepare a motion/order for filing.

Thanks,
Missy

[cid:3388473644_15965321]
MELISSA Y. YORK
myork@hccw.com<mailto:myork@hccw.com> | DIRECT 804.622.1131

From: James Kolenich [mailto:jek318@gmail.com]
Sent: Monday, August 26, 2019 5:39 PM
To: Melissa Y. York <myork@hccw.com<mailto:myork@hccw.com>>
Subject: Re: FW: Kessler v. City of Charlottesville, et al.

That's agreeable. Do you want me to send waiver packets out?

On Mon, Aug 26, 2019 at 4:52 PM Melissa Y. York <myork@hccw.com<mailto:myork@hccw.com>> wrote:
Jim,

To my knowledge, Thomas and Jones have not yet been served.

My suggestion would be a waiver of service for them (so that responsive pleadings are due 60 days from today), and an extension for the City so that its responsive pleadings are due on the same date. Is that agreeable?

Thanks,
Missy

[cid:3388473644_15965321]
MELISSA Y. YORK
myork@hccw.com<mailto:myork@hccw.com> | DIRECT 804.622.1131

From: James Kolenich [mailto:jek318@gmail.com<mailto:jek318@gmail.com>]
Sent: Monday, August 26, 2019 4:25 PM
To: Melissa Y. York <myork@hccw.com<mailto:myork@hccw.com>>
Subject: Re: FW: Kessler v. City of Charlottesville, et al.

Missy,

   We are happy to agree to any reasonable extensions you need. What

4

did you have on mind?

Jim

On Mon, Aug 26, 2019, 4:16 PM Melissa Y. York <myork@hccw.com<mailto:myork@hccw.com>> wrote:
Jim,

I just left you a voicemail regarding the matter below.

I am out of the office until Wednesday, so email or my cell (804-914-1495) is the best way to reach me.

Thanks,
Missy


MELISSA Y. YORK
myork@hccw.com<mailto:myork@hccw.com> | DIRECT 804.622.1131

From: Elmer Woodard [mailto:isuecrooks@comcast.net<mailto:isuecrooks@comcast.net>]
Sent: Monday, August 26, 2019 9:57 AM
To: Melissa Y. York <myork@hccw.com<mailto:myork@hccw.com>>
Subject: RE: Kessler v. City of Charlottesville, et al.

Please coordinate that thru Mr. Kolenich

From: Melissa Y. York [mailto:myork@hccw.com]
Sent: Friday, August 23, 2019 2:26 PM
To: isuecrooks@comcast.net<mailto:isuecrooks@comcast.net>
Cc: RMilnor@zmc-law.com<mailto:RMilnor@zmc-law.com>; rfessier@timberlakesmith.com<mailto:rfessier@timberlakesmith.com>; David Corrigan <dcorrigan@hccw.com<mailto:dcorrigan@hccw.com>>
Subject: Kessler v. City of Charlottesville, et al.
Importance: High

Elmer,

David Corrigan and I will again be representing Al Thomas in the Kessler case. Rich Milnor will be representing the City of Charlottesville, and Rosalie Fessier will be representing Maurice Jones.

I believe that some of the defendants have been served, but I wanted to reach out regarding a waiver of service and/or agreement on extension of time to file responsive pleadings similar to the agreement we filed in the prior case. Would you and Mr. Kolenich be amenable to such an agreement?

Please let us know.

Thanks,

5

Missy

MELISSA Y. YORK
myork@hccw.com<mailto:myork@hccw.com> |  DIRECT  804.622.1131

Harman Claytor Corrigan & Wellman
Post Office Box 70280  |  Richmond, VA 23255
4951 Lake Brook Dr.  |  Suite 100  |  Glen Allen, VA 23060
CELL  804.914.1495  |  FAX  804.212.0872  |  WEB  hccw.com<http://www.hccw.com/>

member of the harmonie group

This message is intended only for the named recipient and may contain information that is confidential, subject to attorney-client privilege, the work-product doctrine and other privileges. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return email and delete the original message at once. Thank you.


--

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)


--

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)



**MELISSA Y. YORK**
myork@hccw.com | DIRECT 804.622.1131

**From:** James Kolenich [mailto:jek318@gmail.com]
**Sent:** Monday, August 26, 2019 5:39 PM
**To:** Melissa Y. York <myork@hccw.com>
**Subject:** Re: FW: Kessler v. City of Charlottesville, et al.

That's agreeable. Do you want me to send waiver packets out?

On Mon, Aug 26, 2019 at 4:52 PM Melissa Y. York <myork@hccw.com> wrote:

Jim,

To my knowledge, Thomas and Jones have not yet been served.

My suggestion would be a waiver of service for them (so that responsive pleadings are due 60 days from today), and an extension for the City so that its responsive pleadings are due on the same date. Is that agreeable?

Thanks,

1

Missy

////
MELISSA Y. YORK
myork@hccw.com | DIRECT 804.622.1131

**From:** James Kolenich [mailto:jek318@gmail.com]
**Sent:** Monday, August 26, 2019 4:25 PM
**To:** Melissa Y. York <myork@hccw.com>
**Subject:** Re: FW: Kessler v. City of Charlottesville, et al.

Missy,

We are happy to agree to any reasonable extensions you need. What did you have on mind?

Jim

On Mon, Aug 26, 2019, 4:16 PM Melissa Y. York <myork@hccw.com> wrote:

Jim,

I just left you a voicemail regarding the matter below.

I am out of the office until Wednesday, so email or my cell (804-914-1495) is the best way to reach me.

Thanks,

Missy

2

**MELISSA Y. YORK**
myork@hccw.com | DIRECT 804.622.1131

**From:** Elmer Woodard [mailto:isuecrooks@comcast.net]
**Sent:** Monday, August 26, 2019 9:57 AM
**To:** Melissa Y. York <myork@hccw.com>
**Subject:** RE: Kessler v. City of Charlottesville, et al.

Please coordinate that thru Mr. Kolenich

**From:** Melissa Y. York [mailto:myork@hccw.com]
**Sent:** Friday, August 23, 2019 2:26 PM
**To:** isuecrooks@comcast.net
**Cc:** RMilnor@zmc-law.com; rfessier@timberlakesmith.com; David Corrigan <dcorrigan@hccw.com>
**Subject:** Kessler v. City of Charlottesville, et al.
**Importance:** High

Elmer,

David Corrigan and I will again be representing Al Thomas in the Kessler case. Rich Milnor will be representing the City of Charlottesville, and Rosalie Fessier will be representing Maurice Jones.

I believe that some of the defendants have been served, but I wanted to reach out regarding a waiver of service and/or agreement on extension of time to file responsive pleadings similar to the agreement we filed in the prior case. Would you and Mr. Kolenich be amenable to such an agreement?

Please let us know.

Thanks,

Missy

3

**MELISSA Y. YORK**
myork@hccw.com | DIRECT 804.622.1131

Harman Claytor Corrigan & Wellman
Post Office Box 70280 | Richmond, VA 23255
4951 Lake Brook Dr. | Suite 100 | Glen Allen, VA 23060
CELL 804.914.1495 | FAX 804.212.0872 | WEB hccw.com

member of the harmonie group

This message is intended only for the named recipient and may contain information that is confidential, subject to attorney-client privilege, the work-product doctrine and other privileges. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return email and delete the original message at once. Thank you.

--

**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**