IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON KESSLER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:19-cv-00044 |
| CITY OF CHARLOTTESVILLE, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please note the appearance of Erin R. McNeill as counsel for the defendant, Becky Crannis-Curl.

                                                  **Respectfully submitted,**

                                                  BECKY CRANNIS-CURL

                                                  /s/ Erin R. McNeill
                                                  Virginia Bar Number: 78816
                                                  Assistant Attorney General
                                                  Office of the Virginia Attorney General
                                                  202 North 9th Street
                                                  Richmond, Virginia 23219
                                                  Telephone: (804) 692-0598
                                                  Fax: (804) 371-2087
                                                  E-mail: emcneill@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

Marshall H. Ross
Senior Assistant Attorney General/Unit Manager

Erin R. McNeill
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Erin McNeill_____
Virginia Bar Number: 78816
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0598
Fax: (804) 371-2087
E-mail: emcneill@oag.state.va.us