UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JASON KESSLER<br>and<br>DAVID MATTHEW PARROT,<br><br>*Plaintiffs*<br><br>v.<br><br>CITY OF CHARLOTTESVILLE, et als,<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 3:19-cv-00044<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

It is requested that this Honorable Court enter the appearance of Rosalie Pemberton Fessier, Esquire, Brittany E. Shipley, Esquire, and the law firm of TimberlakeSmith, on behalf of defendant Maurice Jones in the above-captioned matter.

Respectfully submitted,

MAURICE JONES,

By Counsel

By: _/s/ Rosalie Fessier_
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Jones
**Timberlake Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:      540/885-4537
email:   rfessier@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Elmer Woodard, Esquire
>5661 US Hwy 29
>Blairs, VA 24527
>
>James E. Kolenich, Esquire
>Kolenich Law Office
>9435 Waterstone Blvd, Suite 140
>Cincinnati, OH 45249
>>*Counsel for Plaintiffs*
>
>Richard H. Milnor, Esquire
>Taylor Zunka Milnor & Carter LTD
>414 Park Street
>Charlottesville, VA 22902
>>*Counsel for City of Charlottesville and Rchardson*
>
>Erin Rose McNeill, Esquire
>Office of the Attorney General of Virginia
>202 North Ninth Street
>Richmond, VA 23219
>>*Counsel for Defendant Crannis-Curl*

>>/s/ Rosalie P. Fessier
>>———————————————
>>Rosalie Pemberton Fessier
>>VSB # 39030
>>Brittany E. Shipley
>>VSB # 93767
>>Attorneys for Defendant Jones
>>**Timberlake Smith**
>>25 North Central Avenue
>>P. O. Box 108
>>Staunton, VA 24402-0108
>>phone: 540/885-1517
>>fax: 540/885-4537
>>email: rfessier@timberlakesmith.com