CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
09/05/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER

and

DAVID MATTHEW PARROTT,

    *Plaintiff,*

v.    Civil Action No. **3:19-CV-00044**

CITY OF CHARLOTTESVILLE,
TARRON J. RICHARDSON, in his
official capacity, AL S. THOMAS in his
individual capacity, BECKY CRANNIS-CURL
in her individual capacity, MAURICE JONES
in his individual capacity,

    *Defendants*.

## CONSENT ORDER FOR AN ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants the City of Charlottesville, Virginia and Tarron Richardson, by counsel, joined in by counsel for Becky Crannis-Curl, request an enlargement of time to file responsive pleadings to Plaintiff's Complaint to extend the deadline to the date on which Codefendants Thomas and Jones' responsive pleadings will be due following execution of a written waiver of service to October 25, 2019.

The request is granted, and Defendants City of Charlottesville, Virginia, Tarron Richardson, and Becky Crannis-Curl shall respond to the Complaint by the date on which Codefendants Thomas and Jones' responsive pleadings will be due October 25, 2019 following execution of a written waiver of service by them on their behalf.

ENTER 9 / 5 / 19

_____
Judge/Magistrate