AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mr. John C Blair, City Attorney
was received by me on *(date)*  08/22/19  .

☒ I personally served the summons on the individual at *(place)*  In hand, in his office located at City Hall, 605 Market St, Charlottesville VA  on *(date)*  08/22/19  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.34 per mile for travel and $ $30.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  08/22/19

*Robert Gilbert*
*Server's signature*

Rob Gilbert, Licensed Private Investigator
Virginia Dept of Criminal Justice Services #11-14944
*Printed name and title*

317 Moseby Ct. STE G, Manassas Park, VA 20111
*Server's address*

Additional information regarding attempted service, etc:

Served in hand.  No protest.