AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Dr. Tarron J. Richardson - City Manager

was received by me on *(date)*  08/22/19  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  His Executive Secretary Mrs. Terry Bentley , who is designated by law to accept service of process on behalf of *(name of organization)*  City Manager Office   605 Market St. City Hall, Charlottesville, VA   on *(date)* 08/22/19 @1250 hrs ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.34 per mile  for travel and $ $30.00  for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  08/26/19

*Robert Gilbert*
*Server's signature*

Rob Gilbert, Licensed Private Investigator
Virginia Dept of Criminal Justice Services #11-14944
*Printed name and title*

317 Moseby Ct. STE G, Manassas Park, VA 20111
*Server's address*

Additional information regarding attempted service, etc:

Mr. Bentley advised Dr. Richardson was out for the day and she would give to him the following day.