3.19cv
00044

AO 440 (Rev. 06/12) (02/17 WD/VA)  Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-00044

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lt Becky Cranwis - Curl

was received by me on *(date)*  8.23.19  .

☒ I personally served the summons on the individual at *(place)* 3775 W Main St
Salem, Va  24153 _____ on *(date)* 8/27/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  8/27/19 _____

_____
Server's signature

Jeff Spar
_____
Printed name and title

VIRGINIA COURT SERVICES
P.O. BOX 1
ROANOKE, VA 24002-0001
_____
Server's address

Additional information regarding attempted service, etc: