IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER

and

DAVID MATTHEW PARROTT,

        *Plaintiff,*

v.                                                        Civil Action No. **3:19-CV-00044**

CITY OF CHARLOTTESVILLE,
TARRON J. RICHARDSON, in his
official capacity, AL S. THOMAS in his
individual capacity, BECKY CRANNIS-CURL
in her individual capacity, MAURICE JONES
in his individual capacity,

        *Defendants*.

**CONSENT MOTION FOR AMENDMENT OF PROPOSED PRETRIAL ORDER**

COME NOW Defendants, City of Charlottesville, Tarron J. Richardson, Al S. Thomas, Becky Crannis-Curl and Maurice Jones, and Plaintiffs Jason Kessler and David Matthew Parrott, by counsel, and after conferring, jointly move and request that the Court amend the proposed Pretrial Order to change the date that triggers deadlines for the Rule 26(f), F.R.C.P. conference, the Rule 26(a), F.R.C.P. initial disclosures, and each party's initial expert disclosures and setting any trial date to the date the Court rules on Rule 12(b)(6), F.R.C.P. motions to dismiss, which the parties jointly anticipate will be filed on or before October 25, 2019. The parties, by counsel, have further agreed to stay all discovery in this matter until after the Court rules on the anticipated Rule 12(b)(6), F.R.C.P. motions. All other provisions of the proposed Pretrial Order are agreed.

                              CITY OF CHARLOTTESVILLE,
                              TARRON RICHARDSON, CITY MANAGER
                                      By Counsel

AL THOMAS
By Counsel

BECKY CRANNIS-CURL
By Counsel

MAURICE JONES
By Counsel

JASON KESSLER and
DAVID MATTHEW PARROTT
By Counsel

WE ASK FOR THIS:

s/Richard H. Milnor
Richard H. Milnor, Esquire (VSB #14177)
Zunka, Milnor & Carter, Ltd.
414 Park Street
P O Box 1567
Charlottesville VA 22902
Telephone: (434) 977-0191
Facsimile:  (434) 977-0198
rmilnor@zmc-law.com
*Counsel for City of Charlottesville and Tarron Richardson, City Manager*

s/David P. Corrigan
David P. Corrigan, Esquire
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, VA  23255
(804) 762-8017
dcorrigan@hccw.com
*Counsel for Al S. Thomas*

s/Erin Rose McNeill
Erin Rose McNeill, Esquire
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA  23219
(804) 692-0598
emcneill@oag.state.va.us
*Counsel for Becky Crannis-Curl*

s/Rosalie Pemberton Fessier
Rosalie Pemberton Fessier, Esquire
Timberlake Smith Thomas & Moses PC
P.O. Box 108
Staunton, VA  24402-0108
(540) 885-1517
rfessier@timberlakesmith.com
*Counsel for Maurice Jones*


s/Elmer Woodard
Elmer Woodard, Esquire, (VSB No. 27734)
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
isuecrooks@comcast.net
*Counsel for Plaintiffs*

s/James E. Kolenich
James E. Kolenich, Esquire
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065 (fax)
jek318@gmail.com
*Counsel for Plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2019, I electronically filed the foregoing Consent Motion for Amendment of Proposed Pretrial Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


s/Richard H. Milnor