## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| **JASON KESSLER,** *et al.*, | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 3:19-cv-00044** |
| **CITY OF CHARLOTTESVILLE,** *et al.*, | |
| **Defendants.** | |

### DEFENDANT CRANNIS-CURL'S MOTION TO DISMISS

Defendant Becky Crannis-Curl, by counsel, pursuant to Rule 12(b)(6) of the Federal

Rules of Civil Procedure, move to dismiss Plaintiffs' Complaint with prejudice for the reasons

set forth in the accompanying Memorandum in Support of Motion to Dismiss.

Respectfully Submitted,

*/s/ Erin R. McNeill*
Erin R. McNeill (VA Bar No. 78816)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone (McNeill): (804) 692-0598
Fax: (804) 371-2087
E-mail: emcneill@oag.state.va.us
*Counsel for Defendant Becky Crannis-Curl*

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

Marshall H. Ross
Senior Assistant Attorney General/Trial Section Chief

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2019, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF)

to all counsel of record.

/s/ Erin R. McNeill
Erin R. McNeill (VA Bar No. 78816)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0598
Fax: (804) 371-2087
E-mail: emcneill@oag.state.va.us
*Counsel for Defendant Becky Crannis-Curl*

2