IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER and
DAVID MATTHEW PARROTT,

   Plaintiffs,

v.                                          Case No. 3:19-cv-00044-NKM

CITY OF CHARLOTTESVILLE,
TARRON J. RICHARDSON,
AL S. THOMAS,
BECKY CRANNIS-CURL, and
MAURICE JONES,

   Defendants.

## DEFENDANT AL THOMAS, JR.'S MOTION TO DISMISS

COMES NOW Defendant Al Thomas, Jr. ("Chief Thomas"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves this Court to dismiss the Complaint filed against him, with prejudice, on the grounds that the Complaint fails to state a claim upon which relief can be granted and fails to allege facts sufficient to establish a legally cognizable cause of action. Chief Thomas relies upon and incorporates his Brief in Support of Motion to Dismiss as if fully set forth herein.

WHEREFORE, Defendant Al Thomas, Jr., by counsel, respectfully requests that this Court enter an Order granting the Motion to Dismiss, dismissing the Complaint against him with prejudice, and awarding costs and such other relief as is appropriate.

**AL THOMAS**

By Counsel

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Attorney(s) for Al Thomas
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

# **C E R T I F I C A T E**

      I hereby certify that on the 25th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Elmer Woodard, Esq.
Attorney at Law, P.C.
5661 US Hwy. 29
Blairs, VA 24527
434-878-3422 - Phone
434-793-0675 - Fax
isuecrooks@comcast.net

James E. Kolenich, Esq.
Kolenich Law Office
9435 Waterstone Boulevard
#140
Cincinnati, OH 45249
513-444-2150 - Phone
5132976065 - Fax
jek318@gmail.com

Richard H. Milnor, Esq.
VSB No. 14177
Zunka, Milnor & Carter, Ltd.
P.O. Box 1567
Charlottesville, VA 22902
434-977-0191 x34 - Phone
434-977-0198 - Fax
RMilnor@zmc-law.com

Erin R. McNeil, Esq.
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
804-786-0046 – Phone
804-646-3500 – Phone
804-371-2087 – Fax
emcneil@oag.state.va.us

Rosalie Pemberton Fessier
Brittany Elizabeth Shipley
Timberlake Smith
P.O. Box. 108
Staunton, VA 2440
540-885-1517
540-885-4537
rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Attorney(s) for Al Thomas
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

3