UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JASON KESSLER and DAVID MATTHEW PARROT, | ) ) ) ) |
| *Plaintiffs* | ) ) |
| v. | ) Civil Action No.: 3:19-cv-00044 ) |
| CITY OF CHARLOTTESVILLE, et als, | ) ) ) |
| *Defendants* | ) |

## DEFENDANT JONES' MOTION TO DISMISS

Defendant Maurice Jones, by counsel, files this motion to dismiss pursuant to 12(b)(6) as Plaintiffs have failed to state a claim upon which relief can be granted.

For the additional reasons set forth in his memorandum in support filed herewith, Defendant Jones respectfully requests that this Court dismiss the Complaint against him with prejudice and afford him such other and further relief as the Court deems appropriate.

MAURICE JONES,

By Counsel

TimberlakeSmith
Staunton, VA
540.885.1517

By: /s/ *Rosalie P. Fessier*
_____
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Jones
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Elmer Woodard, Esquire
>5661 US Hwy 29
>Blairs, VA 24527
>
>James E. Kolenich, Esquire
>Kolenich Law Office
>9435 Waterstone Blvd, Suite 140
>Cincinnati, OH 45249
>> *Counsel for Plaintiffs*
>
>Richard H. Milnor, Esquire
>Taylor Zunka Milnor & Carter LTD
>414 Park Street
>Chartlottesville, VA 22902
>> *Counsel for City of Charlottesville and Rchardson*
>
>Erin Rose McNeill, Esquire
>Office of the Attorney General of Virginia
>202 North Ninth Street
>Richmond, VA 23219
>> *Counsel for Defendant Crannis-Curl*

>/s/ *Rosalie P. Fessier*
>_____
>Rosalie Pemberton Fessier
>VSB # 39030
>Brittany E. Shipley
>VSB # 93767
>Attorneys for Defendant Jones
>Timberlake**Smith**
>25 North Central Avenue
>P. O. Box 108
>Staunton, VA 24402-0108
>phone: 540/885-1517
>fax: 540/885-4537
>email: rfessier@timberlakesmith.com
>bshipley@timberlakesmith.com