IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER and
DAVID MATTHEW PARROTT,

  Plaintiffs,

v.                                      Case No. 3:19-cv-00044-NKM

CITY OF CHARLOTTESVILLE,
TARRON J. RICHARDSON,
AL S. THOMAS,
BECKY CRANNIS-CURL, and
MAURICE JONES,

  Defendants.

## **APPEARANCE OF COUNSEL**

To:    The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Al Thomas.

**AL THOMAS**

By Counsel

/s/ Melissa Y. York
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Attorney(s) for Al Thomas
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

# **C E R T I F I C A T E**

      I hereby certify that on the 28th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Elmer Woodard, Esq. | James E. Kolenich, Esq. |
| Attorney at Law, P.C. | Kolenich Law Office |
| 5661 US Hwy. 29 | 9435 Waterstone Boulevard |
| Blairs, VA 24527 | #140 |
| 434-878-3422 - Phone | Cincinnati, OH 45249 |
| 434-793-0675 - Fax | 513-444-2150 - Phone |
| isuecrooks@comcast.net | 5132976065 - Fax |
| | jek318@gmail.com |
| | |
| Richard H. Milnor, Esq. | Erin R. McNeil, Esq. |
| VSB No. 14177 | Office of the Attorney General |
| Zunka, Milnor & Carter, Ltd. | 202 North 9th Street |
| P.O. Box 1567 | Richmond, VA 23219 |
| Charlottesville, VA 22902 | 804-786-0046 – Phone |
| 434-977-0191 x34 - Phone | 804-646-3500 – Phone |
| 434-977-0198 - Fax | 804-371-2087 – Fax |
| RMilnor@zmc-law.com | emcneil@oag.state.va.us |

Rosalie Pemberton Fessier
Brittany Elizabeth Shipley
Timberlake Smith
P.O. Box. 108
Staunton, VA 2440
540-885-1517
540-885-4537
rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

                                                 /s/ Melissa Y. York
                                                 David P. Corrigan (VSB No. 26341)
                                                 Melissa Y. York (VSB No. 77493)
                                                 Attorney(s) for Al Thomas
                                                 Harman, Claytor, Corrigan & Wellman
                                                 P.O. Box 70280
                                                 Richmond, Virginia  23255
                                                 804-747-5200 - Phone
                                                 804-747-6085 - Fax
                                                 dcorrigan@hccw.com
                                                 myork@hccw.com