# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**Jason Kessler, et al**

**vs.**

**City of Charlottesville, et al**

Action No:   3:19CV00044

Date:   1/16/2020

Judge:   Norman K. Moon

Court Reporter:   Sonia Ferris

Deputy Clerk:   Heidi N. Wheeler

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| James Kolenich | Melissa York |
| Elmer Woodard | David Corrigan |
| | Erin McNeill |
| | Rosalie Fessier |
| | Richard Milnor |

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:                DEFENDANT:

1.

PROCEEDINGS:
MOTION HEARING   [42] Motion to Dismiss; [36] Motion to Dismiss; [44] Motion to Dismiss; [38] Motion to Dismiss; [40] Motion to Dismiss   10:07-11:07= 1 hr.

Melissa York argues Motion for Al Thomas.

Erin McNeil presents Motion on behalf of Becky Crannis-Curl.

Rosalie Fessier argues Motion on behalf of Maurice Jones.

Richard Milnor presents Motions for the City of Charlottesville and for Tarron J. Richardson.

James Kolenich responds to Motions as argued.

Remarks by Court.

Closings by Melissa York, Erin McNeill, Rosalie Fessier, Richard Milnor.

Order will issue

Time in Court: