CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 2 1 2020

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON KESSLER, *et al.*, <br> *Plaintiffs*, <br> v. <br> CITY OF CHARLOTTESVILLE, *et al.*, <br> *Defendants.* | CASE NO. 3:19-cv-00044 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, the Defendants' motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Dkts. 36, 38, 40, 42, 44., are **GRANTED**. All of Plaintiffs' claims are hereby **DISMISSED**. As all defendants have been dismissed from this action, the Clerk of Court is hereby directed to **STRIKE** this case from the active docket of the Court.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 21st day of February, 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE