UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JASON KESSLER ) | |
| and ) | |
| DAVID MATTHEW PARROT, ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Civil Action No.: 3:19-cv-00044 |
| ) | |
| CITY OF CHARLOTTESVILLE, et als, ) | |
| ) | |
| *Defendants* ) | |

**DEFENDANT JONES' OPPOSITION TO PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT CIV. R. 59(E) AND FOR RELIEF FROM JUDGMENT CIV. R. 60**

Defendant Maurice Jones, by counsel, opposes Plaintiffs' motion filed pursuant to Rules 59(e) and 60 to alter or amend judgment and for relief from judgment. In support of his opposition, Defendant Jones hereby joins in and incorporates by reference AL THOMAS'S BRIEF IN OPPOSITION TO MOTION TO ALTER OR AMEND JUDGMENT CIV. R. 59(E) AND FOR RELIEF FROM JUDGMENT CIV. R. 60 filed March 25, 2020, ECF Doc.

For the reasons stated therein, Defendant Jones respectfully requests that this Court deny Plaintiffs' Motion to Alter or Amend Judgment Civ. R. 59(e) and for Relief from Judgment Civ. R. 60 and request such other and further relief as this Court deems appropriate.

Defendant Jones requests that the Court decide Plaintiffs' Motion on the papers, as oral argument is unnecessary.

TimberlakeSmith
Staunton, VA
540.885.1517

                          MAURICE JONES,

                          By Counsel

By:    /s/ Rosalie Pemberton Fessier
       Rosalie Pemberton Fessier
       VSB # 39030
       Brittany E. Shipley
       VSB # 93767
       Attorneys for Defendant Jones
       Timberlake**Smith**
       25 North Central Avenue
       P. O. Box 108
       Staunton, VA 24402-0108
       phone:  540/885-1517
       fax:     540/885-4537
       email:  rfessier@timberlakesmith.com

### CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2020, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

                Elmer Woodard, Esquire
                5661 US Hwy 29
                Blairs, VA  24527

                James E. Kolenich, Esquire
                Kolenich Law Office
                9435 Waterstone Blvd, Suite 140
                Cincinnati, OH  45249
                      *Counsel for Plaintiffs*

                Richard H. Milnor, Esquire
                Taylor Zunka Milnor & Carter LTD
                414 Park Street
                Charlottesville, VA 22902
                      *Counsel for City of Charlottesville and Richardson*

TimberlakeSmith
Staunton, VA
540.885.1517

        Erin Rose McNeill, Esquire
        Office of the Attorney General of Virginia
        202 North Ninth Street
        Richmond, VA 23219
            *Counsel for Defendant Crannis-Curl*

        David P. Corrigan, Esquire
        Melissa Y. York, Esquire
        Harman Claytor Corrigan & Wellman
        P O Box 70280
        Richmond, VA   23255
            *Counsel for Defendant Thomas*


            /s/ Rosalie Pemberton Fessier
        Rosalie Pemberton Fessier
        VSB # 39030
        Brittany E. Shipley
        VSB # 93767
        Attorneys for Defendant Jones
        Timberlake**Smith**
        25 North Central Avenue
        P. O. Box 108
        Staunton, VA 24402-0108
        phone:  540/885-1517
        fax:      540/885-4537
        email:   rfessier@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517