**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

JASON KESSLER
and
DAVID MATTHEW PARROTT,
                *Plaintiffs,*

v.                                         Civil Action No. 3:19-CV-00044


CITY OF CHARLOTTESVILLE, et als,
                *Defendants.*


**DEFENDANT CITY OF CHARLOTTESVILLE'S OPPOSITION TO PLAINTIFFS'**
**MOTION TO ALTER OR AMEND JUDGMENT CIV. R. 59(E) AND FOR RELIEF FROM**
**JUDGMENT CIV. R. 60**

      Defendant City of Charlottesville, by counsel, opposes Plaintiffs' motion filed pursuant to

Rules 59(e) and 60 to alter or amend judgment and for relief from judgment.  In support of its

opposition, Defendant City of Charlottesville hereby joins in and incorporates by reference AL

THOMAS'S BRIEF IN OPPOSITION TO MOTION TO ALTER OR AMEND JUDGMENT CIV.

R. 59(E) AND FOR RELIEF FROM JUDGMENT CIV. R. 60 filed March 25, 2020, ECF Doc 56.

      For the reasons stated therein, Defendant City of Charlottesville respectfully requests that

this Court deny Plaintiffs' Motion to Alter or Amend Judgment Civ. R. 59(e) and for Relief from

Judgment Civ. R. 60 and request such other and further relief as this Court deems appropriate.

      Defendant City of Charlottesville requests that the Court decide Plaintiffs' Motion on the

papers, as oral argument is unnecessary.


                         CITY OF CHARLOTTESVILLE
                                 By Counsel

s/Richard H. Milnor
Richard H. Milnor, Esquire (VSB #14177)
Zunka, Milnor & Carter, Ltd.
414 Park Street
P O Box 1567
Charlottesville VA 22902
Telephone: (434) 977-0191
Facsimile:  (434) 977-0198
rmilnor@zmc-law.com
*Counsel for City of Charlottesville*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2020 I electronically filed the foregoing

Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to all counsel of record.