IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JASON KESSLER,** *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF CHARLOTTESVILLE,** *et al.*, <br><br> Defendants. | Civil Action No. 3:19-cv-00044 |

## DEFENDANT CRANNIS-CURL'S MOTION TO DISMISS

Defendant Becky Crannis-Curl ("Lt. Crannis-Curl"), by counsel, opposes Plaintiffs' motion filed pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend judgment and Rule 60 for relief of judgment. (Dkt. 54) In support of her opposition, Lt. Crannis-Curl joins in and incorporates by reference defendant Al Thomas's Brief in Opposition to Motion to Alter or Amend Judgment Civ R. 59(e) and for Relief from Judgment Civ. R. 60. (Dkt. 56.)

For the reasons stated in Dkt. 56, Lt. Crannis-Curl respectfully requests that this Court deny Plaintiffs' Motion. Lt. Crannis-Curl waives oral argument and submits her opposition to the Court for ruling on the pleadings only.

Respectfully Submitted,

*/s/ Erin R. McNeill*
Erin R. McNeill (VA Bar No. 78816)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone (McNeill): (804) 692-0598
Fax: (804) 371-2087
E-mail: emcneill@oag.state.va.us
*Counsel for Defendant Becky Crannis-Curl*

1

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

Marshall H. Ross
Senior Assistant Attorney General/Trial Section Chief

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Erin R. McNeill*
Erin R. McNeill (VA Bar No. 78816)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0598
Fax: (804) 371-2087
E-mail: emcneill@oag.state.va.us
*Counsel for Defendant Becky Crannis-Curl*