CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
06/18/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

JASON KESSLER, *et al.*,

    *Plaintiffs*,

v.

CITY OF CHARLOTTESVILLE, *et al.*,

    *Defendants.*

CASE NO. 3:19-cv-00044

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on Plaintiffs' Motion to Alter or Amend Judgment pursuant to Rule 59(e) and Rule 60 of the Federal Rules of Civil Procedure. Dkt. 54. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**. Dkt. 54.

The Clerk of Court is directed to strike this action from the Court's active docket.

The Clerk of Court is directed to send a certified copy of this Order to the parties.

Entered this  18th  day of June, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1