# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JASON KESSLER et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No: 3:19-cv-00044 |
| CITY OF CHARLOTTESVILLE, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above captioned action hereby appeal to the United States Court of Appeals for the Fourth Circuit from the February 21, 2020 Order dismissing the case (Docket No. 53 with Opinion at Docket No. 52), and from the June 18, 2020 Order denying reconsideration (Docket No. 63 with Opinion at Docket No. 62).

                        Respectfully submitted,

Date: June 29, 2020

                        By: /s/ Elmer Woodard
                        Elmer Woodard (VSB 27734)
                        5661 US Hwy. 29
                        Blairs, VA 24527
                        Ph: (434) 878-3422
                        *isuecrooks@comcast.net*

                        /s/ James E. Kolenich PHV
                        James E. Kolenich PHV(OH 77084)
                        KOLENICH LAW OFFICE
                        9435 Waterstone Blvd., #140
                        Cincinnati, OH 45249
                        Ph: (513) 444-2150
                        Fax: (513) 297-6065
                        *JEK318@Gmail.com*


                        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on **June 29, 2020**, I caused a true and accurate copy of the foregoing Notice to be electronically filed with the Clerk of Court using the CM/ECF System, that I served all parties via the CM/ECF System, and I further certify that no party requires or is entitled to service by other means.

      By: /s/ James E. Kolenich PHV
      James E. Kolenich (OH 0077084)