FILED: June 30, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1704
(3:19-cv-00044-NKM-JCH)

_____

JASON KESSLER; DAVID MATTHEW PARROTT

      Plaintiffs - Appellants

v.

CITY OF CHARLOTTESVILLE; TARRON J. RICHARDSON, in his official capacity; AL S. THOMAS, in his individual capacity; BECKY CRANNIS-CURL, in her individual capacity; MAURICE JONES, in his individual capacity

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
| Originating Case Number | 3:19-cv-00044-NKM-JCH |
| Date notice of appeal filed in originating court: | 06/29/2020 |
| Appellant(s) | Jason Kessler, et al. |
| Appellate Case Number | 20-1704 |
| Case Manager | Ashley Brownlee<br>804-916-2704 |