FILED: January 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1704
(3:19-cv-00044-NKM-JCH)

_____

JASON KESSLER

        Plaintiff - Appellant

and

DAVID MATTHEW PARROTT

        Plaintiff

v.

CITY OF CHARLOTTESVILLE; TARRON J. RICHARDSON, in his official capacity; AL S. THOMAS, in his individual capacity; BECKY CRANNIS-CURL, in her individual capacity; MAURICE JONES, in his individual capacity

        Defendants - Appellees

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal filed by Michelle Shane Kallen.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk