IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **JASON KESSLER** | : | **Case No. 3:19-cv-00044** |
| Plaintiff | : | **Judge MOON** |
| | : | |
| -v- | | |
| **CITY OF CHARLOTTESVILLE et al.** | : | |
| | : | |
| Defendants | | |

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Pursuant to Local Rule 6(i), Attorneys James E. Kolenich and Elmer Woodard ("Attorneys") move to withdraw as counsel for defendant Jason Kessler. Mr. Kessler has fired Attorneys as of May 31, 2022.

Respectfully Submitted,

s/James E. Kolenich
James E. Kolenich
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
JEK318@gmail.com

1

s/Elmer Woodard
Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

*Trial Attorneys for Jason Kessler, Nathan Damigo, and Identity Evropa*

### CERTIFICATE OF SERVICE

I certify the above was served on JUNE 1, 2022 on all participants via CM/ECF.

Respectfully Submitted,

s/     James E. Kolenich