FILED: January 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1704
(3:19-cv-00044-NKM-JCH)

_____

JASON KESSLER

       Plaintiff - Appellant

and

DAVID MATTHEW PARROTT

       Plaintiff

v.

CITY OF CHARLOTTESVILLE; TARRON J. RICHARDSON, in his official capacity; AL S. THOMAS, in his individual capacity; BECKY CRANNIS-CURL, in her individual capacity; MAURICE JONES, in his individual capacity

       Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered December 29, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*